JAMES W. BROWN, as Administrator of the Estate of MARY AHEARN, Deceased, Appellant and Respondent, *v.* FRANCIS J. MCCULLOUGH, Doing Business under the Name of F. J. MCCULLOUGH Co., Respondent, and FREDERICK W. GURNEY, Appellant.

(Submitted May 21, 1934; decided May 29, 1934.)

*John J. McGinty* for motion.
*John C. Spallone* opposed.

Motion denied, with ten dollars costs and necessary printing disbursements, on the ground appeal lies as of right, the order of the Appellate Division being not an order of affirmance of the entire judgment.